**DENY; and Opinion Filed September 25, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01291-CV

## IN RE SOUTHERN FOODS GROUP, LLC AND DEAN TRANSPORTATION, INC., Relators

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-07015-C**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Lewis
Opinion by Justice Lewis

Relators contend the trial judge erred in issuing a temporary restraining order. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus and their motion for stay and for expedited consideration.

/David Lewis/
DAVID LEWIS
JUSTICE

131291F.P05